**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TE PRODUCTS PIPELINE                                                                          PLAINTIFF
COMPANY, LLC

v.                                     CASE NO. 4:08CV00204 BSM

DAVIDSON RANCH, INC.                                                                          DEFENDANT

<u>ORDER</u>

The court has reviewed Plaintiff's motion to dismiss Defendant's counterclaim [Doc. #10] and has reviewed Defendant's response [Doc. #13], and the court finds the counterclaim sufficient to state a claim against Plaintiff upon which relief can be granted. Plaintiff's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is therefore DENIED.

Plaintiff's Rule 12(b)(7) motion, however, is a closer call. Plaintiff argues that Pulaski County is an indispensable party, pursuant to Ark. Code Ann. §14-298-117, because the counterclaim is an attempt to close Harris Road, which is a county road. Plaintiff argues that, because Defendant has failed to join an indispensable party, the counterclaim should be dismissed. Defendant counters that the portion of Harris Road at issue in this case is a private road, not a public road, and therefore he is not required to name Pulaski County as a defendant. What parts of Harris Road are public or private goes to the heart of this case. Therefore, the court denies the motion to dismiss on this issue. This ruling, however, does not close the door on this issue and the court will permit Plaintiff to raise this motion again if Plaintiff proves that Harris Road is in fact a public road.

IT IS SO ORDERED this 9th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE