**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**TE PRODUCTS PIPELINE
COMPANY, LLC**                                                                    **PLAINTIFF**

**v.**                    **CASE NO. 4:08CV000204 BSM**

**DAVIDSON RANCH, INC.**                                                   **DEFENDANT**

**ORDER**

Kim Bennefeld, Don Butler, Fe Fe Cabe, Charles D. "Skip" Davidson, Anita Harris, Bolton T. Harris II, Max Harris, Brandon Harrison, Sheila Mannix, Mike Marlar, Cameron McCree, Perry Patterson, Michael Shannon, Sherman Smith, Lou Drehr or other Representative of Pulaski County Road and Bridge, and Matthew D. Wells, are hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the Richard Sheppard Arnold Courthouse in Little Rock between Monday, March 16, 2009, and Wednesday, March 18, 2009, subject to the following rules:

    (a)    The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

    (b)    Cell phones must be turned off and put away when in the courtroom.

    (c)    Wireless internet components of electronic devices must be deactivated when in district courtrooms.

    (d)    Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court

    Security Personnel. This examination includes, but is not limited to placing the devise through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e) The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

 A violation of paragraph (a), (b), or (c) may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

 IT IS SO ORDERED this 13th day of March, 2009.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE