**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**TE PRODUCTS PIPELINE
COMPANY, LLC**                                                                                 **PLAINTIFF**

**v.**                  **CASE NO. 4:08CV000204 BSM**

**DAVIDSON RANCH, INC.**                                             **DEFENDANT**

**JUDGMENT**

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's claims are DISMISSED with prejudice and that the defendant's counterclaims are also dismissed with prejudiced.

Dated this 1st day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE