IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

TE PRODUCTS PIPELINE
COMPANY, LLC                                                              PLAINTIFF

v.                          CASE NO. 4-08-CV000204 SWW

DAVIDSON RANCH, INC.                                                  DEFENDANT

### ORDER VACATING JUDGMENT AND ORDER OF JUNE 1, 2009

On this day comes on for hearing the joint motion of the parties to vacate the Court's Order and Judgment entered June 1, 2009 so that they might resolve the issue between them privately and at less cost in time and money.

1.   From the joint motion and other matters appearing to the Court, it appears that the grounds stated in the joint motion justify the relief requested pursuant to Rule 60, Federal Rules of Civil Procedure, and that the Court's Judgment and Order dated June 1, 2009 should be vacated and held for naught.

IT IS, THEREFORE, ORDERED and ADJUDGED that the Court's Order dated June 1, 2009 and Judgment dated June 1, 2009 are hereby vacated, set aside and held for naught; and the Complaint and Counterclaim dismissed with prejudice.

UNITED STATES DISTRICT JUDGE
DATE: 12-18-09

**APPROVED:**

_____
Herbert C. Rule III (ABA #64037)
Rose Law Firm, a Professional Association
120 East Fourth Street
Little Rock, Arkansas 72201-2893
(501) 375-9131 / hrule@roselawfirm.com
Attorneys for TE PRODUCTS PIPELINE COMPANY, LLC

_____
Matthew D. Wells, AR Bar No. 2003153
Charles Darwin "Skip" Davidson, AR Bar No. 73026
*Davidson Law Firm, Ltd.*
724 Garland, Cantrell at State
P.O. Box 1300
Little Rock, AR 72201
(501) 374-9977 / Fax: (501) 374-5917
E-mail: mattheww@dlf-ar.com
-and-
**Quattlebaum, Grooms, Tull & Burrow, PLLC**
111 Center St., Ste. 1900
Little Rock, AR 72201
(501) 379-1700
E-mail: mshannon@qgtb.com
*Attorneys for Davidson Ranch, LLC*