UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TE PRODUCTS PIPELINE**
**COMPANY, LLC**                                                       **PLAINTIFF**

v.                 **CASE NO. 4:08cv000204 BSM**

**DAVIDSON RANCH, INC.**                                         **DEFENDANT**

## ORDER

TE Products Pipeline Company deposited $2,000 on March 19, 2008 to insure payment for any damage to the property of Davidson Ranch, Inc., caused by TE's access to the Davidson's property. The case was settled on December 18, 2009 and has been closed. Accordingly, the clerk of court is directed to refund the $2,000 to TE.

IT IS SO ORDERED this 16th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE